UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

PAUL PESCE, on behalf of himself
And all others similarly situated,

              RULE 7.1 DISCLOSURE

   Plaintiff(s),

  -against-         08 Civ 5179

NELSON, WATSON & ASSOCIATES, LLC,

   Defendant(s).

------------------------------------x

  Defendant, NELSON, WATSON & ASSOCIATES, LLC, by its attorney, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that the defendant has no publicly traded parent companies.

Dated: July 29, 2008

_____
MEL S. HARRIS AND ASSOCIATES LLC
By: Arthur Sanders (as1210)
Attorneys for defendant
5 Hanover Square, 8th Floor
New York, NY 10004
212-660-1050